JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| VERNON C. BROWN, JR., III, | ) Case No. CV 23-02728-CAS (AS) |
| | ) |
| Petitioner, | ) **ORDER OF DISMISSAL** |
| | ) |
| v. | ) |
| | ) |
| JEFF LYNCH, Warden, | ) |
| | ) |
| Respondent. | ) |

## I.  BACKGROUND

On April 5, 2023, Vernon C. Brown, Jr. ("Petitioner"), a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition").[1]  (Dkt. No. 1).

The Petition does not state what conviction and/or sentence Petitioner is challenging.  The Petition does not contain any information or assert any claims.  Indeed,  the Petition consists of case citations and two pages from a brief that does not appear

---

[1]    Petitioner has filed numerous habeas petitions in this Court which have been dismissed.

1

to relate to a case involving Petitioner or any claims. (See Petition at 1, 4, 6-7).[2]

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c). Here, Petitioner has failed to allege any claim(s), much less any claims which go to the fact or duration of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

## II.   ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 2, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

_____

[2]   Citations to the Petition utilize the page numbers provided by the Court's electronic docket.

2